IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DYWANE M. HERBERT | : | CIVIL ACTION |
| v. | : | |
| ARMANDO MENDEZ, et al. | : | NO. 12-0879 |

### O R D E R

AND NOW, this 28th day of March, 2012, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis (Document No. 3) IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(h)(3).

3. This case shall be marked CLOSED.

BY THE COURT:

/s/ Legrome D. Davis
_____
LEGROME D. DAVIS, J.